Henry SHAPIRO, Isaac Joffe and National Safety Power Table Co., Inc., Plaintiffs-Appellees, v. John IANNONE and Henry Iannone, said First Names Being Fictitious and Unknown to the plaintiffs, and Doing Business as Iannone Brothers, Defendants-Appellants.

No. 127.

Circuit Court of Appeals, Second Circuit.
Dec. 2, 1935.

Alfred Mann, of New York City (Frederick P. Randolph, of New York City, of counsel), for appellant.

Mock & Blum, of New York City, for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Decree affirmed.

SECURITIES AND EXCHANGE COMMISSION, Plaintiff-Appellant, v. STOCK MARKET FINANCE, Inc., et al., Defendants-Appellees.

No. 89.

Circuit Court of Appeals, Second Circuit.
Oct. 24, 1935.

For opinion of Court below, see 10 F.Supp. 95.

John J. Burns, of Brooklyn, N. Y., and John T. Callahan (Francis Currie, of Washington, D. C., and Frank S. Righeimer, Jr., of Chicago, Ill., of counsel), for appellant.

Walter A. Lynch, of New York City, for appellee Hackett.

Abraham C. Berman, of New York City, for appellees Stock Market Finance and Murphy.

Obermeier & Gardener, of New York City, for appellees Garrison and Schwartz.

James L. Murphy, of New York City, for appellee Price.

Before L. HAND, SWAN, and A. N. HAND, Circuit Judges.

PER CURIAM.
Reversed in open court on authority of Securities & Exchange Commission v. Collier & Co. (C.C.A.) 76 F.(2d) 939.

Newman SHAW, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al.

No. 10339.

Circuit Court of Appeals, Eighth Circuit.
May 7, 1935.

Clark, Byers, Hutchinson & Garber, of Des Moines, Iowa, for appellant.

Louis H. Salinger, of Carroll, Iowa, for appellees.

PER CURIAM.
Appeal docketed and dismissed, at costs of appellant, on motion of appellees and certificate of clerk of United States District Court, under rule 16.